# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
v. ) CR. 2:06-00441-GEB
)
ANDRES MAYORGA )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
(X) Ad Prosequendum      ( ) Ad Testificandum.

Name of Detainee: __ANDRES MAYORGA__

Detained at (custodian): __Chuckawalla State Prison__

Detainee is: a.) (X) charged in this district by:
( ) Indictment      ( ) Information      (X) Complaint
Charging Detainee With: __Conspiracy to distribute and to possess with intent to distribute Methamphetamine__

or  b.) ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ( ) return to the custody of detaining facility upon termination of proceedings
or  b.) (X) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary* __FORTHWITH__ *in the Eastern District of California.*

Signature: __/s/ Phillip Talbert__
Printed Name & Phone No: __PHILLIP A. TALBERT   (916) 554-2789__
Attorney of Record for: __United States of America__

## WRIT OF HABEAS CORPUS
(X) Ad Prosequendum      ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, __FORTHWITH__ and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

__10/25/06__
Date                                           United States District Magistrate Judge

Please provide the following, if known:

AKA(s) (if applicable): __"Dre"__                          Male X   Female
Booking or CDC #: _____           DOB: _____
Facility Address: __19025 Wiley's Well Road__       Race: _____
                 __Blythe, CA 92225__                FBI #: _____
Facility Phone: __(760) 922-5300__
Currently Incarcerated For: _____

---

**RETURN OF SERVICE**

Executed on _____ by _____                        _____
                                                    (Signature)