HAYES H. GABLE III
Attorney at Law
State Bar No. 60368
428 J Street, Suite 350
Sacramento, CA 95814
(916) 446-3331
Fax: (916) 447-2988

Attorney for Defendant
ANDRES MAYORGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> vs. <br><br> **ANDRES MAYORGA,** <br><br> Defendant(s). | Cr. S-06-441 GEB <br><br> **STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF STATUS CONFERENCE AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT** <br><br> Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jill Thomas, and defendant Andres Mayorga, by and through his counsel, Hayes H. Gable III, agree and stipulate to vacate the existing hearing date in the above-captioned action, February 29, 2008, and to continue the matter to March 21, 2008 at 9:00 a.m., for status conference.

The reason for this continuance is that the government and defendant continue to negotiate a resolution of this case and the additional time is necessary to complete these negotiations. The parties further agree and stipulate that the period for the filing of this stipulation until March 21, 2008, should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective presentation.

It is further agreed and stipulated that the need of defense counsel to prepare exceeds the

public's interest in commencing trial within 70 days.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

DATE: February 27, 2008

        s/Hayes H. Gable, III
**HAYES H. GABLE, III**
Attorney for Defendant
**ANDRES MAYORGA**

DATE: February 27, 2008

        s/Hayes H. Gable, III for
**JILL THOMAS**
Asst. U.S. Attorney

**ORDER FINDING EXCLUDABLE TIME**

For the reasons set forth in the accompanying stipulation and declaration of counsel filed under seal, the status conference in the above-entitled action is continued to March 21, 2008 at 9:00 a.m.  The court finds excludable time in this matter from February 29, 2008. through March 21, 2008, under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective presentation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(8)(A), (h)(8)(B)(iv).

IT IS SO ORDERED.

Dated:  February 28, 2008

        GARLAND E. BURRELL, JR.
        United States District Judge