**FILED**
October 23, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>           )<br>     Plaintiff,     )<br>v.          )<br>           )<br>ANDRES MAYORGA,     )<br>           )<br>     Defendant.     ) | Case No. 2:06CR00441-GEB-7<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __ANDRES MAYORGA__ , Case No. __2:06CR00441-GEB-7__ , Charge __18USC § 3606__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

 __  Release on Personal Recognizance

 __  Bail Posted in the Sum of $_____

   __  Unsecured Appearance Bond

   __  Appearance Bond with 10% Deposit

   __  Appearance Bond with Surety

   __  Corporate Surety Bail Bond

 ✔  (Other)     __Conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __October 23, 2012__ at __200 pm__ .

By   /s/ Gregory G. Hollows
     Gregory G. Hollows
     United States Magistrate Judge

Copy 5 - Court